**Fill in this information to identify the case:**

Debtor name      Sherwin Alumina Company, LLC, *et al.*

United States Bankruptcy Court for the:      Southern            District of      Texas

Case number *(If known)*: _____                                        (State)

☐   Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CCC Group Inc. 5797 Dietrich Road San Antonio, TX 78219-3507 | Attn.:  Roger Crider Office Phone: (210) 662-4561 Office Fax: (210) 661-6060 Email: rogercr@cccgroupinc.com | Trade | | | | $3,202,395 |
| 2 | Strom Engineering Corporation 10505 Wayzata Boulevard, #300 Minnetonka, MN 55305-1521 | Attn.:  Mark Hammerlund Office Phone: (612) 594-9984 Office Fax: (952) 544-2451 Email: mhammerlund@stromengineering.com | Trade | Disputed | | | $2,106,201 |
| 3 | Noranda Bauxite Limited c/o Noranda Alumina LLC 1111 Airline Highway, US 61 Suite 3370 Gramercy, LA 70052-6303 | Attn.:  Christopher Matlosz Office Phone: (225) 869-2100 Office Fax: (615) 771-5701 Email: chris.matlosz@noralinc.com | Trade | | | | $1,942,539 |
| 4 | Worley Parsons Group Inc. 4805 Rue Lapiniere, Bureau 400 Brossard, QC J4Z0G2 | Attn.:  Pierre Parent Office Phone: (905) 299-3420 Office Fax: (418) 628-3723; (514) 871-8236 Email: Pierre.Parent@worleyparsons.com | Trade | Disputed | | | $959,567 |
| 5 | Host Terminals, Inc. 500 Plume Street East, Suite 600 Norfolk, VA 23510-2309 | Attn.:  Adam Anderson Office Phone: (757) 627-6286 Office Fax: (757) 646-8625 Email: adam.anderson@tparkerhost.com | Trade | | | | $938,551 |
| 6 | Rexco Inc. 1104 Mildred Drive Port Lavaca, TX 77979-5564 | Attn.:  Mickey Thomas Office Phone: (361) 552-5371 Office Fax: (361) 552-2308 Email: mickey@rexcoinc.com | Trade | | | | $821,532 |

Debtor   Sherwin Alumina Company, LLC, *et al.*     Case Number (if known) _____
Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|---|
| 7 | McWhorter Electric 807 Railroad Drive Portland, TX 78374-1543 | Attn.:  Monte McWhorter Office Phone: (361) 777-3180 Office Fax: (361) 777-3182 Email: melectric@corpus.twcbc.com | Trade | | | $723,071 |
| 8 | Lhoist North America P.O. Box 985004 Fort Worth, TX76185-5004 | Attn.:  Antonie Beghmans Office Phone: (817) 806-1521 x 611521 Office Fax: (817) 732-8564 Email: antoine.berghmans@lhoist.com | Trade | | | $691,788 |
| 9 | Austin White Lime Co. 14001 McNeil Road Austin, TX 78728-6310 | Attn.:  Oscar Robinson Office Phone: (512) 244-5888 Office Fax: (512) 388-1220 Email: orobinson@austinwhitelime.com | Trade | | | $685,838 |
| 10 | Occidental Chemical Corp. 1100 Lenway St Dallas, TX  75215-3364 | Attn.:  Tim Hillsley Office Phone: (972) 404-3317 Office Fax: (972) 404-3406 Email: Tim_Hillsley@oxy.com | Trade | | | $600,000 |
| 11 | South Texas Valve & Controls 1729 N Clarkwood Road, Building 100 Corpus Christi, TX 78409-2415 | Attn.:  Eric Burnett Office Phone: (361) 960-5894 Office Fax: (361) 289-6263 Email: eburnett@southtexasvalue.com | Trade | | | $366,086 |
| 12 | Cytec Industries Inc. 5 Garret Mountain Plaza Woodland Park, NJ 07424-3317 | Attn.:  Dave Dennis Office Phone: (305) 491-0825 Office Fax: (480) 730-2000 Email: dave.dennis@cytec.com | Trade | | | $350,250 |
| 13 | Securitas Critical Infrastructure 7007 Gulf Freeway, Ste. 248 Houston, TX 77087-2501 | Attn.:  Mike Morton Office Phone: (713) 946-1015 Office Fax: (713) 946-1700 Email: mike.morton@scisusa.com | Trade | | | $338,944 |
| 14 | San Patricio Municipal Water District PO BOX 940 Ingleside, TX 78362-0940 | Attn.:  Brian Williams Office Phone: (361) 777-4037 Office Fax: (361) 643-9093 Email: bgw@spmwd.net | Trade | | | $321,400 |
| 15 | Nalco Chemical Co. c/o Nalco Energy Services Ref: 97160510 7705 Highway 90-A Sugar Land, TX 77478-2121 | Attn.:  David Davis Office Phone: (800) 288-0879 Office Fax: (800) 288-0878 Email: ddavis@nalco.com | Trade | | | $308,165 |
| 16 | MMR Constructors Inc. 2033 FM 2725 Ingleside, TX 78362-4865 | Attn.:  James Rutland (Pepper) Office Phone: (361) 758-4019 Office Fax: (361) 758-4020 Email: slewis@mmrgrp.com | Trade | | | $235,529 |
| 17 | GHX Industrial LLC Dept. 207 4733 Santa Elena St. Corpus Christi, TX 78405-3627 | Attn.:  Richard Harrison Office Phone: (361) 883-5451 Office Fax: (361) 883-1541 Email: rharrison@ghxinc.com | Trade | | | $227,878 |
| 18 | Holt Company Of Texas c/o HOLT CAT 3302 South W. W. White Road San Antonio, TX 78222-3903 | Attn.:  Paul Hensley Office Phone: (210) 648-8473 Office Fax: (361) 814-0204 Email: paul.hensley@holtcat.com | Trade | | | $209,411 |

Debtor   Sherwin Alumina Company, LLC, *et al.*      Case Number (if known)
        _____
        Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 19 | EMR Holdings, LLP 102 S Navigation Boulevard Corpus Christi, TX 78405-3611 | Attn.: Raymond Lopez Office Phone: (361) 884-3185 Office Fax: (361) 884-0387 Email: rlopezceo@yahoo.com | Trade | | | | $192,439 |
| 20 | TDC LLC (Tessenderlo Davison) 1916 Farmerville Highway Ruston, LA 71270-3008 | Attn.: Grant Sims Office Phone: (713) 860-2532 Office Fax: (318) 242-5299 Email: james.glattly@genlp.com | Trade | | | | $184,183 |
| 21 | Hertz Corp 313 South Padre Island Drive Corpus Christi, TX 78405-4106 | Attn.: Brian Owen Office Phone: (361) 289-1204 Office Fax: (361) 289-2830 Email: bkowen@hertz.com | Trade | | | | $168,499 |
| 22 | Veolia Es Industrial Services c/o Veolia North America 4760 World Houston Parkway Suite 100 Houston, TX 77032-2591 | Attn.: Steve Hopper Office Phone: (832) 300-5709 Office Fax: (312) 552-2866 Email: steve.hopper@veolia.com | Trade | | | | $136,059 |
| 23 | Hooks Industrial Service Center 8904 FM 2920, Suite B Spring, TX 77379-2451 | Attn.: John Valentine Office Phone: (281) 251-9551 Office Fax: (281) 251-7416 Email: john.valentine@hooksindustrial.com | Trade | | | | $122,322 |
| 24 | Sealing Products of Corpus Christi LLP Department 3139 433 Sun Belt Dr # A Corpus Christi, TX 78408-2416 | Attn.: Legal Department Office Phone: (361) 289-5678 Office Fax: (361) 289-5676 Email: ccequipment@aol.com | Trade | | | | $113,131 |
| 25 | FS-Compression Co LLC 13843 N Promenade Blvd Stafford, TX 77477-4047 | Attn.: Ryan Becker Office Phone: (361) 225-9458 Office Fax: (832) 532-7138 Email: rb@curtistoledo.com | Trade | | | | $101,944 |
| 26 | Slover & Loftus LLP 1224 17th Street NW Washington, D.C. 20036-3003 | Attn.: William L. Slover Office Phone: (202) 347-7170 Office Fax: (202) 347-3619 Email: wls@sloverandloftus.com | Trade | | | | $100,000 |
| 27 | Bosch Rexroth Corporation 14001 South Lakes Drive Charlotte, NC 28273-6791 | Attn.: Legal Department Office Phone: (281) 292-6700 Office Fax: (281) 274-6112 Email: info@boschrexroth-us.com | Trade | | | | $81,784 |
| 28 | GHD Services Inc. 4531 Ayers St., Suite 108 Corpus Christi, Texas, 78415-1414 | Attn.: Legal Department Office Phone: (713) 203-0806 Office Fax: (949) 250-0541 Email: | Trade | | | | $78,634 |
| 29 | Air Specialty & Equipment Company 406 S Navigation Blvd Corpus Christi, TX 78405-4001 | Attn.: Jim Sorrell Office Phone: (361) 880-8100 Office Fax: (361) 643-7509 Email: sales@airspecialty.com | Trade | | | | $72,617 |
| 30 | Goulds Pumps Inc. 240 Fall Street, 60 Building Seneca Falls, NY 13148-1590 | Attn.: Gary Reisman Office Phone: (315) 568-7450 Office Fax: (281) 504-6399 Email: Gary.Reisman@itt.com | Trade | | | | $70,000 |

Fill in this information to identify the case and this filing:

Debtor Name        Sherwin Alumina Company, LLC

United States Bankruptcy Court for the:                    Southern District of Texas
                                                                        (State)
Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☒  *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**01/11/2016**                          ☒    */s/ Thomas Russell*
MM/ DD/YYYY                             Signature of individual signing on behalf of debtor
                                        **Thomas Russell**
                                        Printed name
                                        **Authorized Signatory**
                                        Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**