<u>**Exhibit C**</u>

**Signed Disclosure Statement Order**

**[TO BE ATTACHED AFTER ENTERED BY THE COURT]**