UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| SHERWIN ALUMINA COMPANY, LLC, | § | CASE NO. 16-20012 |
| ET AL. | § | |
| | § | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF (1) MOTION OF OUTOTEC (USA) INC. FOR RECLAMATION OF GOODS; (2) DECLARATION OF PAUL SOHLBERG IN SUPPORT OF MOTION OF OUTOTEC (USA) INC. FOR RECLAMATION OF GOODS; AND (3) LIMITED OBJECTION OF OUTOTEC (USA) INC. TO EMERGENCY MOTION OF SHERWIN ALUMINA COMPANY, LLC, ET AL. FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION SECURED FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDER, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) SCHEDULING A PERMANENT FINANCE HEARING PURSUANT TO SECTIONS 105, 361, 362, 363, 364 AND 507 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001 AND 9014**

PLEASE TAKE NOTICE that Outotec (USA) Inc. hereby withdraws the following:

1. Motion of Outotec (USA) Inc. for Reclamation of Goods [D.E. 228];

2. Declaration of Paul Sohlberg in Support of Motion of Outotec (USA) Inc. for Reclamation of Goods [D.E. 229]; and

3. Limited Objection of Outotec (USA) Inc. to Emergency Motion of Sherwin Alumina Company, LLC, et al. for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Lender, (IV) Modifying the Automatic Stay, and (V) Scheduling a Permanent Finance Hearing Pursuant to Sections 105, 361, 362, 363, 364 and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014.  [D.E. 230.]

Dated: February 29, 2016

Respectfully submitted,

COUNSEL FOR OUTOTEC (USA) INC.

*/s/ Camisha L. Simmons*
Camisha L. Simmons, Esq.
Simmons Legal PLLC
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Tel: (214) 643-6192
Fax: (800) 698-9913
E-mail: camisha@simmonslegal.solutions

-and-

ASK LLP
151 West 46th Street, 4th Floor
New York, New York 10036
Tel: (212) 267-7342
Fax: (212) 918-3427
Edward E. Neiger, Esq.
Dina Gielchinsky, Esq.
eneiger@askllp.com
dgielchinsky@askllp.com