# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152363 | 1 |

| DATE |
|---|
| 11/30/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P. O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY           TX 78469

| CUST. NO. | ORDER NO. | SLS. NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/00000350600 | 95515/00 | 11766 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 397 TCK 351519 11/18/15 | TN | 25.050 | 103.000 | 2,580.15 |
| 111 | BULK CRUSHED QUICKLIME RAD 6997 TCK 351521 11/18/15 | TN | 24.410 | 103.000 | 2,514.23 |
| 111 | BULK CRUSHED QUICKLIME RAD 4107 TCK 351524 11/19/15 | TN | 26.640 | 103.000 | 2,743.92 |
| 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 351528 11/18/15 | TN | 25.030 | 103.000 | 2,578.09 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351529 11/18/15 | TN | 24.430 | 103.000 | 2,516.29 |
| 111 | BULK CRUSHED QUICKLIME STAR 1803 TCK 351531 11/18/15 | TN | 24.640 | 103.000 | 2,537.92 |
| 111 | BULK CRUSHED QUICKLIME AWL 870 TCK 351564 11/19/15 | TN | 25.020 | 103.000 | 2,577.06 |

\* CONTINUED \*

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

**EXHIBIT 1**

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152363 | 2 |

| DATE |
|---|
| 11/30/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST. NO. | ORDER NO. | SLS. NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95515/00 | 11766 | | Net 30 Days |

| COMMODITY CODE | SHIP VIA | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | TN | BULK CRUSHED QUICKLIME<br>AWL 872 TCK 351565 11/19/15 | 24.800 | 103.000 | 2,554.40 |
| 111 | WTN | BULK CRUSHED QUICKLIME<br>AWL 868 TCK 351577 11/19/15 | 25.000 | 103.000 | 2,575.00 |
| 111 | TN | BULK CRUSHED QUICKLIME<br>AWL 871 TCK 351578 11/19/15 | 24.960 | 103.000 | 2,570.88 |
| 111 | TN | BULK CRUSHED QUICKLIME<br>STAR 1985 TCK 351579 11/19/15 | 24.800 | 103.000 | 2,554.40 |
| 111 | TN | BULK CRUSHED QUICKLIME<br>STAR 1036 TCK 351644 11/20/15 | 25.100 | 103.000 | 2,585.30 |
| 111 | TN | BULK CRUSHED QUICKLIME<br>ARA 457 TCK 351646 11/20/15 | 26.240 | 103.000 | 2,702.72 |
| 111 | TN | BULK CRUSHED QUICKLIME<br>RAD 4007 TCK 351664 11/20/15 | 25.180 | 103.000 | 2,593.54 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152363 | 3 |
| DATE | |
| 11/30/15 | |

SOLD TO
SHERWIN ALUMINA CO.
P. O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN:   ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY            TX 78469

| ORDER NO | SLS NO. | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|
| 95515/00 | 11766 | | Net 30 Days |

| CUST NO |
|---|
| 1/00000350600 |

| COMMODITY CODE | DESCRIPTION | ORDER NO | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351667 11/20/15 | TN | 24.690 | 103.000 | 2,543.07 |
| 111 | BULK CRUSHED QUICKLIME ARA 467 TCK 351693 11/21/15 | TN | 24.900 | 103.000 | 2,564.70 |
| 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 351675 11/20/15 | TN | 25.270 | 103.000 | 2,602.81 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351702 11/21/15 | TN | 24.340 | 103.000 | 2,507.02 |
| 111 | BULK CRUSHED QUICKLIME STAR 1985 TCK 351692 11/21/15 | TN | 24.850 | 103.000 | 2,559.55 |
| 111 | BULK CRUSHED QUICKLIME STAR 1990 TCK 351701 11/21/15 | TN | 24.490 | 103.000 | 2,522.47 |
| 111 | BULK CRUSHED QUICKLIME RAD 3407 TCK 351699 11/21/15 | TN | 24.730 | 103.000 | 2,547.19 |

* CONTINUED *

| NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|
| | | | |

FILE COPY

| CODE | VALUE |
|---|---|
| FRT. | |

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS.

## INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI          TX 78469
ATTN: ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE |
|---|---|
| 152363 | 4 |

DATE: 11/30/15

| CUST NO. | COMMODITY CODE | DESCRIPTION | SHIP VIA | ORDER NO. | SLS. NO. | TONS | CUSTOMER ORDER NO. | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/00003S0600 | | | | 95515/00 | 11766 | | | Net 30 Days | | |
| | 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 351707 11/22/15 | | TN | | 25.060 | | | 103.000 | 2,581.18 |
| | 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 351709 11/22/15 | | TN | | 25.010 | | | 103.000 | 2,576.03 |
| | 111 | BULK CRUSHED QUICKLIME RAD 3407 TCK 351710 11/22/15 | | TN | | 24.400 | | | 103.000 | 2,513.20 |
| | 111 | BULK CRUSHED QUICKLIME STAR 1280 TCK 351708 11/22/15 | | TN | | 24.460 | | | 103.000 | 2,519.38 |
| | 111 | BULK CRUSHED QUICKLIME ARA 347 TCK 351713 11/22/15 | | TN | | 24.060 | | | 103.000 | 2,478.18 |
| | 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351719 11/22/15 | | TN | | 24.710 | | | 103.000 | 2,545.13 |
| | 111 | BULK CRUSHED QUICKLIME STAR 1083 TCK 351728 11/23/15 | | TN | | 24.750 | | | 103.000 | 2,549.25 |
| | | * CONTINUED * | | | | | | | | |

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# INVOICE

## Austin White Lime Company
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY              TX 78469

| INVOICE | PAGE |
|---|---|
| 152363 | 5 |

**DATE:** 11/30/15

**CUST NO:** 1/00000350600

**ORDER NO:** 95515/00

**SLS. NO.:** 11766

**CUSTOMER ORDER NO.:** 11766

**TERMS:** Net 30 Days

FILE COPY

| COMMODITY CODE | DESCRIPTION | | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1990 TCK 351725 11/23/15 | TN | 24.580 | 103.000 | 2,531.74 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1896 TCK 351726 11/23/15 | TN | 25.530 | 103.000 | 2,629.59 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 351629 11/20/15 | TN | 25.140 | 103.000 | 2,589.42 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 347 TCK 351639 11/20/15 | TN | 26.230 | 103.000 | 2,701.69 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 799 TCK 351774 11/24/15 | TN | 25.400 | 103.000 | 2,616.20 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 9706 TCK 351778 11/24/15 | TN | 23.980 | 103.000 | 2,467.94 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 351809 11/25/15 | TN | 24.560 | 103.000 | 2,529.68 |
| | * CONTINUED * | | | | |

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS

# INVOICE

**Austin White Lime Company**

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY        TX 78469

| INVOICE | PAGE |
|---|---|
| 152363 | 6 |

| DATE |
|---|
| 11/30/15 |

| ORDER NO. | SLS NO | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|
| 95515/00 | 11766 | | Net 30 Days |

INVOICE DUE: 12/30/15

| CUST. NO. | SHIP VIA |
|---|---|
| 1/0000350600 | |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 309 | AWLT FREIGHT | EA  99.780 | 33.560 | 3,348.62 |
| 306 | SURCHARGE | EA  99.780 | 5.370 | 535.82 |
| 308 | FREIGHT | EA 772.630 | 33.560 | 25,929.46 |
| 304 | FUEL SURCHARGE | EA 772.630 | 5.370 | 4,149.02 |

| TAXES | MISCELLANEOUS CHGS. | NET SALES AMOUNT | AMOUNT DUE |
|---|---|---|---|
| | | 123,824.24 | 123,824.24 |

| CODE | TOTAL VALUE |
|---|---|
| | 872,440. |
| FRT. | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY





INVOICE

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9711
CORPUS CHRISTI     TX 78469
ATTN:  ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE |
|---|---|
| 152478 | 1 |

DATE 11/30/15

| CUST. NO. | ORDER NO. | SLS. NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95629/00 | 1REL 1768-A | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME RAD 3907 TCK 351776 11/24/15 | | 25.670 | TN | 103.000 | 2,644.01 |
| 111 | BULK CRUSHED QUICKLIME RAD 7707 TCK 351786 11/24/15 | | 24.180 | TN | 103.000 | 2,490.54 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351830 11/25/15 | | 24.660 | TN | 103.000 | 2,539.98 |
| 111 | BULK CRUSHED QUICKLIME STAR 1896 TCK 351817 11/25/15 | | 25.380 | TN | 103.000 | 2,614.14 |
| 111 | BULK CRUSHED QUICKLIME RAD 3407 TCK 351811 11/25/15 | | 25.120 | TN | 103.000 | 2,587.36 |
| 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 351820 11/25/15 | | 25.600 | TN | 103.000 | 2,636.80 |
| 111 | BULK CRUSHED QUICKLIME RAD 7994 TCK 351827 11/25/15 | | 24.700 | TN | 103.000 | 2,544.10 |

* CONTINUED *

| NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|

| VALUE | | | |
|---|---|---|---|
| CODE | | | |
| FRT. | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

Austin White Lime Company
CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

# Austin White Lime Company

*CHEMICAL, BUILDING AND STABILIZATION LIME*

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY        TX 78469

| INVOICE | PAGE |
|---|---|
| 152478 | 2 |

| DATE |
|---|
| 11/30/15 |

| CUST NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|
| 1/00000350500 | 1REL 1768-A | Net 30 Days |

| COMMODITY CODE | SHIP VIA / DESCRIPTION | ORDER NO | SLS. NO. | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME STAR 1896 TCK 351843 11/25/15 | 95629700 TN | 25.870 | | 103.000 | 2,664.61 |
| 111 | BULK CRUSHED QUICKLIME STAR 1280 TCK 351850 11/27/15 | TN | 24.760 | | 103.000 | 2,550.28 |
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 351853 11/27/15 | TN | 25.090 | | 103.000 | 2,584.27 |
| 111 | BULK CRUSHED QUICKLIME STAR 1917 TCK 351860 11/27/15 | TN | 24.470 | | 103.000 | 2,520.41 |
| 111 | BULK CRUSHED QUICKLIME RAD 3407 TCK 351854 11/27/15 | TN | 26.180 | | 103.000 | 2,696.54 |
| 111 | BULK CRUSHED QUICKLIME STAR 1896 TCK 351859 11/27/15 | TN | 25.070 | | 103.000 | 2,582.21 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351867 11/28/15 | TN | 24.500 | | 103.000 | 2,523.50 |

* CONTINUED *

| VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|

FILE COPY

| CODE | | | | |
|---|---|---|---|---|
| FRT. | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS



# Austin White Lime Company
## CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 152478 | 3 |

**DATE** 11/30/15

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9711
CORPUS CHRISTI      TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY           TX 78469

| ORDER NO | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|
| 95629/00 | 1REL 1768-A | Net 30 Days |

| CUST. NO. |
|---|
| 1/0000350600 |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 387 TCK 351857 11/27/15 | | TN | 26.040 | 103.000 | 2,682.12 |
| 111 | BULK CRUSHED QUICKLIME ARA 467 TCK 351869 11/28/15 | | TN | 24.090 | 103.000 | 2,481.27 |
| 111 | BULK CRUSHED QUICKLIME RAD 2305 TCK 351866 11/28/15 | | TN | 25.620 | 103.000 | 2,638.86 |
| 111 | BULK CRUSHED QUICKLIME STAR 1985 TCK 351875 11/29/15 | | TN | 24.940 | 103.000 | 2,568.82 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351885 11/29/15 | | TN | 24.190 | 103.000 | 2,491.57 |
| 111 | BULK CRUSHED QUICKLIME RAD 799 TCK 351877 11/29/15 | | TN | 24.240 | 103.000 | 2,496.72 |
| 111 | BULK CRUSHED QUICKLIME RAD 7707 TCK 351884 11/29/15 | | TN | 24.000 | 103.000 | 2,472.00 |

* CONTINUED *

**FILE COPY**

| NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|

| CODE | VALUE |
|---|---|
| FRT. | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS



# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152476 | 4 |

DATE 11/30/15

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY         TX 78469

CUST NO. 1700003506

| ORDER NO | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|
| 95629/00 | | 1REL 1768-A | Net 30 Days |

| COMMODITY CODE | SHIP VIA / DESCRIPTION | | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 387 TCK 351882 11/29/15 | TN | 23.950 | 103.000 | 2,466.85 |
| 111 | BULK CRUSHED QUICKLIME STAR 1290 TCK 351888 11/30/15 | TN | 24.610 | 103.000 | 2,534.83 |
| 111 | BULK CRUSHED QUICKLIME STAR 1866 TCK 351891 11/30/15 | TN | 25.160 | 103.000 | 2,591.48 |
| 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 351893 11/30/15 | TN | 25.200 | 103.000 | 2,595.60 |
| 111 | BULK CRUSHED QUICKLIME RAD 2305 TCK 351887 11/30/15 | TN | 26.280 | 103.000 | 2,706.84 |
| 111 | BULK CRUSHED QUICKLIME RAD 7994 TCK 351897 11/30/15 | TN | 24.230 | 103.000 | 2,495.69 |
| 308 | FREIGHT | EA | 873.800 | 33.560 | 29,324.73 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS

# INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN: ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY         TX 78469

| INVOICE | PAGE |
|---|---|
| 152478 | 5 |

| DATE |
|---|
| 11/30/15 |

| ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|
| 95629/00 | 1REL 1768-A | | Net 30 Days |

INVOICE DUE: 12/30/15

| CUST. NO. | SHIP VIA |
|---|---|
| 1/00003506OO | |

| COMMODITY CODE | DESCRIPTION | TONS | EA | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 304 | FUEL SURCHARGE | 872.440 | | 5.370 | 4,685.00 |

| NET SALES AMOUNT | TAXES | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 103,411.13 | | | 103,411.13 |

| CODE | VALUE |
|---|---|
| | 673.800 |
| FRT. | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY



# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| | |
|---|---|
| INVOICE | 152511 |
| PAGE | 1 |
| DATE | 12/07/15 |

SOLD TO:
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN: ACCOUNTS PAYABLE

CONSIGNED TO:
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY    TX 78469

TERMS: Net 30 Days

CUST NO: 1/00003250500
ORDER NO: 95668/00
CUSTOMER ORDER NO: 11768-B

| COMMODITY CODE | SHIP VIA / DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 351928 12/01/15 | TN 25.380 | 103.000 | 2,614.14 |
| 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 351927 12/01/15 | TN 26.180 | 103.000 | 2,696.54 |
| 111 | BULK CRUSHED QUICKLIME RAD 2305 TCK 351926 12/01/15 | TN 26.160 | 103.000 | 2,694.48 |
| 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 351929 12/01/15 | TN 25.440 | 103.000 | 2,620.32 |
| 111 | BULK CRUSHED QUICKLIME STAR 1083 TCK 351920 12/01/15 | TN 24.700 | 103.000 | 2,544.10 |
| 111 | BULK CRUSHED QUICKLIME STAR 1036 TCK 351955 12/01/15 | TN 25.020 | 103.000 | 2,577.06 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 351958 12/02/15 | TN 24.630 | 103.000 | 2,536.89 |

* CONTINUED *

CODE / VALUE / NET SALES AMOUNT / MISCELLANEOUS CHGS / TAXES / AMOUNT DUE

ALL BILLS PAYABLE IN AUSTIN, TRAVIS COUNTY, TEXAS.

FILE COPY



# INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY            TX 78469

*REPRINT FROM HISTORY*

| INVOICE | PAGE | DATE |
|---|---|---|
| 152511 | 2 | 12/09/15 |

| CUST. NO. | ORDER NO. | SLS NO | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95668/00 | 11768-B | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME RAD 7994 TCK 351961 12/02/15 | TN | 24.670 | 103.000 | 2,541.01 |
| 308 | FREIGHT | EA | 202.180 | 33.560 | 6,785.16 |
| 304 | FUEL SURCHARGE | EA | 202.180 | 5.030 | 1,016.97 |

INVOICE DUE: 1/08/16

| NET SALES AMOUNT | TAXES | MISCELLANEOUS CHGS. | AMOUNT DUE |
|---|---|---|---|
| 28,626.67 | | | 28,626.67 |

FILE COPY

| CODE | VALUE |
|---|---|
| | 202.180 |
| FRT. | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI     TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE | DATE |
|---|---|---|
| 152525 | 1 | 12/10/15 |

| CUST. NO. | TERMS | ORDER NO. | SLS. NO. | CUSTOMER ORDER NO. |
|---|---|---|---|---|
| 1/0000350600 | Net 30 Days | 95682/00 | 11772 | |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 297 TCK 351960 12/02/15 | TN | 25.240 | 103.000 | 2,599.72 |
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 351963 12/02/15 | TN | 25.100 | 103.000 | 2,585.30 |
| 111 | BULK CRUSHED QUICKLIME STAR 1866 TCK 352003 12/03/15 | TN | 25.120 | 103.000 | 2,587.36 |
| 111 | BULK CRUSHED QUICKLIME ARA 347 TCK 352041 12/04/15 | TN | 25.060 | 103.000 | 2,581.18 |
| 111 | BULK CRUSHED QUICKLIME RAD 8307 TCK 352043 12/04/15 | TN | 24.780 | 103.000 | 2,552.34 |
| 111 | BULK CRUSHED QUICKLIME ARA 367 TCK 352021 12/03/15 | TN | 25.890 | 103.000 | 2,666.67 |
| 111 | BULK CRUSHED QUICKLIME RAD 7707 TCK 352045 12/03/15 | TN | 24.400 | 103.000 | 2,513.20 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152525 | 2 |
| DATE | |
| 12/10/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY             TX 78469

| CUST NO | ORDER NO | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95582/00 | | 11772 | Net 30 Days |

SHIP VIA

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME STAR 1990 TCK 352100 12/04/15 | 24.650 TN | 103.000 | 2,538.95 |
| 111 | BULK CRUSHED QUICKLIME STAR 1985 TCK 352106 12/04/15 | 25.130 TN | 103.000 | 2,588.39 |
| 111 | BULK CRUSHED QUICKLIME STAR 1036 TCK 352077 12/04/15 | 25.000 TN | 103.000 | 2,575.00 |
| 111 | BULK CRUSHED QUICKLIME RAD 900 TCK 352087 12/04/15 | 26.760 TN | 103.000 | 2,756.28 |
| 111 | BULK CRUSHED QUICKLIME ARA 347 TCK 352086 12/04/15 | 25.720 TN | 103.000 | 2,649.16 |
| 111 | BULK CRUSHED QUICKLIME ARA 267 TCK 352127 12/05/15 | 25.400 TN | 103.000 | 2,616.20 |
| 111 | BULK CRUSHED QUICKLIME ARA 177 TCK 352131 12/05/15 | 24.470 TN | 103.000 | 2,520.41 |

* CONTINUED *

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS



# Austin White Lime Company
### CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

## INVOICE

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI     TX 78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE | DATE |
|---|---|---|
| 152525 | 3 | 12/10/15 |

| CUST. NO. | ORDER NO. | SLS NO | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95682/00 | 11772 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 352128 12/05/15 | TN | 24.920 | 103.000 | 2,566.76 |
| 111 | BULK CRUSHED QUICKLIME STAR 1036 TCK 352123 12/05/15 | TN | 25.050 | 103.000 | 2,580.15 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 352126 12/05/15 | TN | 24.750 | 103.000 | 2,549.25 |
| 111 | BULK CRUSHED QUICKLIME STAR 1280 TCK 352120 12/05/15 | TN | 24.580 | 103.000 | 2,531.74 |
| 111 | BULK CRUSHED QUICKLIME RAD 6997 TCK 352134 12/06/15 | TN | 24.000 | 103.000 | 2,472.00 |
| 111 | BULK CRUSHED QUICKLIME RAD 9807 TCK 352136 12/06/15 | TN | 24.440 | 103.000 | 2,517.32 |
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 352130 12/05/15 | TN | 25.500 | 103.000 | 2,626.50 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT | | | | | |

ALL BILLS PAYABLE IN AUSTIN, TRAVIS COUNTY, TEXAS.

FILE COPY



INVOICE

## Austin White Lime Company
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P. O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY           TX 78469

| INVOICE | PAGE |
|---------|------|
| 152525 | 4 |

DATE: 12/10/15

| CUST. NO. | | | ORDER NO | SLS. NO. | CUSTOMER ORDER NO. | TERMS |
|-----------|---|---|----------|----------|--------------------|-------|
| 1/0000350600 | | | 95682/00 | 11772 | | Net 30 Days |

| COMMODITY CODE | SHIP VIA / DESCRIPTION | | TONS | | UNIT PRICE | AMOUNT |
|----------------|------------------------|---|------|---|------------|--------|
| 111 | BULK CRUSHED QUICKLIME<br>ARA 267 TCK 352143 12/06/15 | TN | 24.790 | | 103.000 | 2,553.37 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1036 TCK 352152 12/07/15 | TN | 25.060 | | 103.000 | 2,581.18 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1803 TCK 352171 12/07/15 | TN | 24.780 | | 103.000 | 2,552.34 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 352175 12/07/15 | TN | 24.060 | | 103.000 | 2,478.18 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 177 TCK 352164 12/07/15 | TN | 26.920 | | 103.000 | 2,772.76 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 4007 TCK 352166 12/07/15 | TN | 24.760 | | 103.000 | 2,550.28 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 277 TCK 352198 12/07/15 | TN | 25.320 | | 103.000 | 2,607.96 |

\* CONTINUED \*

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|------|-------|------------------|---------------------|-------|------------|
| FRT. | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.



# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY              TX 78469

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152525 | 5 |

DATE 12/10/15

CUST. NO. 1/0000350600

| ORDER NO | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|
| 95682/00 | 11772 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 3522147 12/08/15 | TN | 25.680 | 103.000 | 2,645.04 |
| 111 | BULK CRUSHED QUICKLIME RAD 8307 TCK 352201 12/08/15 | TN | 24.840 | 103.000 | 2,558.52 |
| 111 | BULK CRUSHED QUICKLIME RAD 4007 TCK 352216 12/08/15 | TN | 25.170 | 103.000 | 2,592.51 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 352221 12/08/15 | TN | 24.650 | 103.000 | 2,538.95 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 352265 12/09/15 | TN | 24.560 | 103.000 | 2,529.68 |
| 111 | BULK CRUSHED QUICKLIME STAR 1803 TCK 352266 12/09/15 | TN | 25.200 | 103.000 | 2,595.60 |
| 111 | BULK CRUSHED QUICKLIME ARA 297 TCK 352236 12/09/15 | TN | 25.350 | 103.000 | 2,611.05 |

\* CONTINUED \*

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | |

FRT.

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.



# INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

| INVOICE | PAGE |
|---|---|
| 152525 | 6 |
| DATE | |
| 12/10/15 | |

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI     TX 78469
ATTN:  ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY              TX 78469

| CUST NO. | SHIP VIA | ORDER NO | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|---|
| 1/00003505600 | | 95682/00 | 11772 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 308 | FREIGHT | EA | 877.100 | 33.560 | 29,435.48 |
| 304 | FUEL SURCHARGE | EA | 877.100 | 5.030 | 4,411.81 |

INVOICE DUE: 1/09/16

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | 877.100 | 124,188.59 | | | 124,188.59 |
| FRT. | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS

## INVOICE



# Austin White Lime Company

### CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P. O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE |
|---|---|
| 152687 | 1 |
| DATE |  |
| 12/22/15 |  |

**TERMS:** Net 30 Days

| CUST NO | ORDER NO | SLS. NO. | CUSTOMER ORDER NO. |
|---|---|---|---|
| 1/00003506400 | 95854/00 | 11774 |  |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT | MISCELLANEOUS CHGS | TAXES |
|---|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME | TN | 25.210 | 103.000 | 2,596.63 | | |
|  | ARA 267 TCK 352237 12/09/15 | | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.230 | 103.000 | 2,598.69 | | |
|  | RAD 4007 TCK 352264 12/09/15 | | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.080 | 103.000 | 2,583.24 | | |
|  | RAD 4007 TCK 352305 12/10/15 | | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.380 | 103.000 | 2,614.14 | | |
|  | STAR 1866 TCK 352320 12/10/15 | | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.290 | 103.000 | 2,604.87 | | |
|  | STAR 4005 TCK 352368 12/12/15 | | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.170 | 103.000 | 2,592.51 | | |
|  | ARA 67 TCK 352299 12/10/15 | | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.000 | 103.000 | 2,575.00 | | |
|  | ARA 387 TCK 352308 12/10/15 | | | | | | |
|  | * CONTINUED * | | | | | | |

| CODE | VALUE | NET SALES AMOUNT | | | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.

FILE COPY

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152687 | 2 |
| DATE | |
| 12/22/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX  78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY            TX 78469

| CUST. NO. | | SHIP VIA | ORDER NO. | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|---|---|
| 1/0000350600 | | | 95854/00 | 11774 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | | TONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME | TN | 25.690 | | 103.000 | 2,646.07 |
| | ARA 327 TCK 352349 12/11/15 | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 26.200 | | 103.000 | 2,698.60 |
| | ARA 367 TCK 352351 12/11/15 | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 26.010 | | 103.000 | 2,679.03 |
| | RAD 900 TCK 352354 12/11/15 | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 25.250 | | 103.000 | 2,600.75 |
| | STAR 1866 TCK 352361 12/11/15 | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 24.770 | | 103.000 | 2,551.31 |
| | STAR 1718 TCK 352367 12/11/15 | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 24.700 | | 103.000 | 2,544.10 |
| | ARA 377 TCK 352382 12/12/15 | | | | | |
| 111 | BULK CRUSHED QUICKLIME | TN | 24.400 | | 103.000 | 2,513.20 |
| | ARA 67 TCK 352385 12/12/15 | | | | | |
| | * CONTINUED * | | | | | |

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| FRT. | | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152687 | 3 |

| DATE |
|---|
| 12/22/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX  78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY            TX  78469

| CUST NO | ORDER NO | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95854/00 | 11774 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME STAR 1710 TCK 352386 12/12/15 | 25.060 TN | 103.000 | 2,581.18 |
| 111 | BULK CRUSHED QUICKLIME STAR 4007 TCK 352384 12/12/15 | 23.700 TN | 103.000 | 2,441.10 |
| 111 | BULK CRUSHED QUICKLIME STAR 1083 TCK 352377 12/12/15 | 24.610 TN | 103.000 | 2,534.83 |
| 111 | BULK CRUSHED QUICKLIME STAR 1083 TCK 352396 12/13/15 | 24.720 TN | 103.000 | 2,546.16 |
| 111 | BULK CRUSHED QUICKLIME STAR 4007 TCK 352397 12/13/15 | 24.090 TN | 103.000 | 2,481.27 |
| 111 | BULK CRUSHED QUICKLIME ARA 467 TCK 352395 12/13/15 | 24.440 TN | 103.000 | 2,517.32 |
| 111 | BULK CRUSHED QUICKLIME ARA 297 TCK 352398 12/13/15 | 26.320 TN | 103.000 | 2,710.96 |

* CONTINUED *

FILE COPY

| NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|
| | | | |

| CODE | VALUE | | |
|---|---|---|---|
| FRT. | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

## INVOICE

| | |
|---|---|
| INVOICE | 152687 |
| PAGE | 4 |
| DATE | 12/22/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 7911
CORPUS CHRISTI      TX 78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY            TX 78469

| CUST NO. | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95854/00 | 11774 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8906 TCK 352402 12/13/15 | TN | 24.250 | 103.000 | 2,497.75 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 27 TCK 352408 12/14/15 | TN | 26.360 | 103.000 | 2,715.08 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 467 TCK 342422 12/14/15 | TN | 24.950 | 103.000 | 2,569.85 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352404 12/14/15 | TN | 25.040 | 103.000 | 2,579.12 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 4007 TCK 352872 12/18/15 | TN | 24.720 | 103.000 | 2,546.16 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1990 TCK 352406 12/14/15 | TN | 24.560 | 103.000 | 2,529.68 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1896 TCK 352512 12/15/15 | TN | 25.600 | 103.000 | 2,636.80 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY

## INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

| INVOICE | PAGE |
|---|---|
| 152687 | 5 |

| DATE |
|---|
| 12/22/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN:   ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY              TX 78469

| CUST. NO. | SHIP VIA | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1/0000350600 | | 95854/00 | 11774 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>STAR 4007 TCK 352516 12/15/15 | 24.550 TN | 103.000 | 2,528.65 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 277 TCK 352466 12/15/15 | 25.250 WTN | 103.000 | 2,600.75 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 387 TCK 352488 12/15/15 | 24.770 TN | 103.000 | 2,551.31 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352495 12/15/15 | 25.100 TN | 103.000 | 2,585.30 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 352553 12/16/15 | 24.690 TN | 103.000 | 2,543.07 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1990 TCK 352519 12/15/15 | 25.000 TN | 103.000 | 2,575.00 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1896 TCK 352543 102/16/15 | 23.990 TN | 103.000 | 2,470.97 |

* CONTINUED *

| VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|

CODE

FRT.

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY

# INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P. O. BOX 9911
CORPUS CHRISTI          TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE |
|---|---|
| 152687 | 6 |
| DATE | |
| 12/22/15 | |

INVOICE DUE: 1/21/16

FILE COPY

| CUST. NO. | SHIP VIA | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1/0000350600 | | 95854/00 | 11774 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30B | FREIGHT | EA | 878.150 | 33.560 | 29,470.71 |
| 304 | FUEL SURCHARGE | EA | 878.150 | 5.030 | 4,417.09 |

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | 875.150 | 124,028.25 | | | 124,028.25 |

FRT.

ALL BILLS PAYABLE IN AUSTIN, TRAVIS COUNTY, TEXAS.

**Austin White Lime Company**

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

# INVOICE

| INVOICE | PAGE |
|---|---|
| 152720 | 1 |

DATE: 12/30/15

SOLD TO:
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN: ACCOUNTS PAYABLE

CONSIGNED TO:
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

CUST. NO.: 1/00000350600

ORDER NO.: 95887/00   SLS NO.: 11777   CUSTOMER ORDER NO.: 11777

TERMS: Net 30 Days

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352547 12/16/15 | TN | 25.220 | 103.000 | 2,597.66 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 900 TCK 352518 12/16/15 | TN | 24.690 | 103.000 | 2,543.07 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 7707 TCK 352608 12/17/15 | TN | 25.580 | 103.000 | 2,634.74 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 3407 TCK 352610 12/17/15 | TN | 25.330 | 103.000 | 2,608.99 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 277 TCK 352584 12/17/15 | TN | 25.640 | 103.000 | 2,640.92 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 367 TCK 352594 12/17/15 | TN | 25.560 | 103.000 | 2,632.68 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 352687 12/19/15 | TN | 24.470 | 103.000 | 2,520.41 |

* CONTINUED *

| NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|

FILE COPY

| CODE | VALUE |
|---|---|

FRT.

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS



# Austin White Lime Company

*CHEMICAL, BUILDING AND STABILIZATION LIME*

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | 152720 |
|---|---|
| PAGE | 2 |
| DATE | 12/30/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 7911
CORPUS CHRISTI     TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST. NO. | SHIP VIA | ORDER NO | SLS NO. | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|---|
| 1700000350500 | | 95887700 | 11777 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>RAD 2305 TCK 352657 12/18/15 | 25.860 TN | 103.000 | 2,663.58 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 4007 TCK 352665 12/18/15 | 24.920 TN | 103.000 | 2,566.76 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 3407 TCK 352671 12/19/15 | 24.440 TN | 103.000 | 2,517.32 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 4007 TCK 352639 12/18/15 | 25.070 TN | 103.000 | 2,582.21 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 352640 12/18/15 | 24.490 TN | 103.000 | 2,522.47 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 357 TCK 352675 12/19/15 | 24.750 TN | 103.000 | 2,549.25 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 267 TCK 352693 12/19/15 | 24.660 TN | 103.000 | 2,539.98 |

\* CONTINUED \*

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152720 | 3 |

| DATE |
|---|
| 12/30/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI     TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST. NO. | ORDER NO | SLS. NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|
| 170000350600 | 95887/00 | 11777 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>ARA 347 TCK 352697 12/19/15 | 24.330 | TN | 103.000 | 2,505.99 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 7994 TCK 352696 12/19/15 | 24.340 | TN | 103.000 | 2,507.02 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352698 12/17/15 | 24.880 | TN | 103.000 | 2,562.64 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 267 TCK 352699 12/20/15 | 25.080 | TN | 103.000 | 2,583.24 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 277 TCK 352701 12/20/15 | 26.210 | TN | 103.000 | 2,699.63 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352709 12/20/15 | 24.920 | TN | 103.000 | 2,566.76 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 7707 TCK 352711 12/20/15 | 24.190 | TN | 103.000 | 2,491.57 |

* CONTINUED *

| | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| CODE | | | | | |
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS

FILE COPY



## Austin White Lime Company
### CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152720 | 4 |

**DATE** 12/30/15

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY              TX 78469

| CUST. NO. | ORDER NO. | SLS. NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1700000350600 | 95887700 | 11777 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME STAR 4007 TCK 352692 12/19/15 | TN | 24.890 | 103.000 | 2,563.67 |
| 111 | BULK CRUSHED QUICKLIME ARA 387 TCK 352716 12/21/15 | TN | 24.630 | 103.000 | 2,536.89 |
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 352719 12/21/15 | TN | 26.320 | 103.000 | 2,710.96 |
| 111 | BULK CRUSHED QUICKLIME ARA 467 TCK 352733 12/21/15 | TN | 25.090 | 103.000 | 2,584.27 |
| 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 352737 12/21/15 | TN | 25.040 | 103.000 | 2,579.12 |
| 111 | BULK CRUSHED QUICKLIME STAR 1866 TCK 352745 12/21/15 | TN | 25.330 | 103.000 | 2,608.99 |
| 111 | BULK CRUSHED QUICKLIME ARA 347 TCK 352779 12/22/15 | TN | 24.850 | 103.000 | 2,559.55 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | |

FRT.

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY

## INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT  SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY           TX 78469

| INVOICE | PAGE |
|---|---|
| 152720 | 5 |

| DATE |
|---|
| 12/30/15 |

| ORDER NO | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|
| 95887/00 | 11777 | | Net 30 Days |

| CUST NO. | 1/00003S0600 |
|---|---|

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352783 12/22/15 | TN | 25.260 | 103.000 | 2,601.78 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 7994 TCK 3527/81 12/22/15 | TN | 24.820 | 103.000 | 2,556.46 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352782 12/22/15 | TN | 25.040 | 103.000 | 2,579.12 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1866 TCK 352793 12/22/15 | TN | 25.400 | 103.000 | 2,616.20 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 317 TCK 352820 12/23/15 | TN | 26.220 | 103.000 | 2,700.66 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 267 TCK 352828 12/23/15 | TN | 25.420 | 103.000 | 2,618.26 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352826 12/23/15 | TN | 25.550 | 103.000 | 2,631.65 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

**FILE COPY**

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS



**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

# INVOICE

| INVOICE | PAGE |
|---|---|
| 152720 | 6 |
| DATE | |
| 12/30/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST. NO. | SHIP VIA | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 170000350800 | | 95887700 | 11777 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 308 | FREIGHT | EA 878.490 | 33.560 | 29,482.12 |
| 304 | FUEL SURCHARGE | EA 878.490 | 4.700 | 4,128.90 |

INVOICE DUE: 1/29/16

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | 878.490 | 124,095.49 | | | 124,095.49 |
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152781 | 1 |

| DATE |
|---|
| 12/31/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST NO | ORDER NO | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/000003506600 | 95948/00 | 11650 | | Net 30 Days |

| COMMODITY CODE | SHIP VIA | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | | BULK CRUSHED QUICKLIME<br>ARA 27 TCK 352827 12/23/15 | TN 24.950 | 103.000 | 2,569.85 |
| 111 | | BULK CRUSHED QUICKLIME<br>RAD 3407 TCK 352823 12/23/15 | TN 25.630 | 103.000 | 2,639.89 |
| 111 | | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 352816 12/23/15 | TN 24.640 | 103.000 | 2,537.92 |
| 111 | | BULK CRUSHED QUICKLIME<br>ARA 387 TCK 352837 12/23/15 | TN 25.530 | 103.000 | 2,629.59 |
| 111 | | BULK CRUSHED QUICKLIME<br>RAD 3103 TCK 352848 12/24/15 | TN 26.470 | 103.000 | 2,726.41 |
| 111 | | BULK CRUSHED QUICKLIME<br>RAD 7994 TCK 352842 12/24/15 | TN 24.550 | 103.000 | 2,528.65 |
| 111 | | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352844 12/24/15 | TN 24.880 | 103.000 | 2,562.64 |

* CONTINUED *

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company
### CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152781 | 2 |
| DATE | |
| 12/31/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P. O. BOX 7911
CORPUS CHRISTI     TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST NO | ORDER NO | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95948/00 | 11650 | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1710 TCK 352836 12/24/15 | TN 24.990 | 103.000 | 2,573.97 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 4007 TCK 352845 12/24/15 | TN 25.100 | 103.000 | 2,585.30 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 2305 TCK 352860 12/26/15 | TN 25.820 | 103.000 | 2,659.46 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 387 TCK 352861 12/26/15 | TN 24.850 | 103.000 | 2,559.55 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 3103 TCK 352864 12/26/15 | TN 26.050 | 103.000 | 2,683.15 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 3407 TCK 352851 12/24/15 | TN 24.770 | 103.000 | 2,551.31 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352866 12/26/15 | TN 24.390 | 103.000 | 2,512.17 |

* CONTINUED *

| CODE | NET SALES AMOUNT | VALUE | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY



# Austin White Lime Company
### CHEMICAL, BUILDING AND STABILIZATION LIME
P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152781 | 3 |
| **DATE** | |
| 12/31/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI     TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST NO | ORDER NO | SLS. NO. | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95948/00 | | 11650 | Net 30 Days |

| COMMODITY CODE | SHIP VIA | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | TN | BULK CRUSHED QUICKLIME RAD 2305 TCK 352883 12/27/15 | 25.540 | 103.000 | 2,630.62 |
| 111 | TN | BULK CRUSHED QUICKLIME ARA 347 TCK 352871 12/27/15 | 26.470 | 103.000 | 2,726.41 |
| 111 | TN | BULK CRUSHED QUICKLIME STAR 1710 TCK 352874 12/27/15 | 24.970 | 103.000 | 2,571.91 |
| 111 | TN | BULK CRUSHED QUICKLIME ARA 377 TCK 352885 12/27/15 | 25.400 | 103.000 | 2,616.20 |
| 111 | TN | BULK CRUSHED QUICKLIME ARA 27 TCK 352891 12/28/15 | 25.240 | 103.000 | 2,599.72 |
| 111 | TN | BULK CRUSHED QUICKLIME ARA 267 TCK 352902 12/28/15 | 26.340 | 103.000 | 2,713.02 |
| 111 | TN | BULK CRUSHED QUICKLIME RAD 7994 TCK 352884 12/27/15 | 24.080 | 103.000 | 2,480.24 |

\* CONTINUED \*

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152781 | 4 |

| DATE |
|---|
| 12/31/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST. NO. | ORDER NO | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 95948/00 | 11650 | | Net 30 Days |

| COMMODITY CODE | SHIP VIA / DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352886 12/28/15 | TN 25.160 | 103.000 | 2,591.48 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 387 TCK 352904 12/28/15 | TN 24.530 | 103.000 | 2,526.59 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352889 12/28/15 | TN 24.840 | 103.000 | 2,558.52 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 7994 TCK 352919 12/29/15 | TN 24.670 | 103.000 | 2,541.01 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1036 TCK 352917 12/29/15 | TN 25.040 | 103.000 | 2,579.12 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1996 352925 12/29/15 | TN 24.460 | 103.000 | 2,519.38 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 277 TCK 352928 12/29/15 | TN 25.740 | 103.000 | 2,651.22 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN.
TRAVIS COUNTY, TEXAS

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 1527B1 | 5 |
| DATE | |
| 12/31/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| CUST. NO. | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/00003506600 | 9594B/00 | 11650 | | Net 30 Days |

| COMMODITY CODE | SHIP VIA / DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME<br>ARA 67 TCK 352939 12/29/15 | TN  25.450 | 103.000 | 2,621.35 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 8307 TCK 352949 12/29/15 | TN  25.060 | 103.000 | 2,581.18 |
| 111 | BULK CRUSHED QUICKLIME<br>RAD 7994 TCK 352951 12/29/15 | TN  24.190 | 103.000 | 2,491.57 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1280 TCK 352927 12/29/15 | TN  24.570 | 103.000 | 2,530.71 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1036 TCK 352950 12/30/15 | TN  24.970 | 103.000 | 2,571.91 |
| 111 | BULK CRUSHED QUICKLIME<br>ARA 27 TCK 352980 12/30/15 | TN  24.550 | 103.000 | 2,528.65 |
| 111 | BULK CRUSHED QUICKLIME<br>STAR 1990 TCK 352979 12/30/15 | TN  24.700 | 103.000 | 2,544.10 |

* CONTINUED *

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS



**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152781 | 6 |
| DATE | |
| 12/31/15 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI     TX  78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX  78469

| CUST NO | SHIP VIA | ORDER NO | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|---|
| 1/0000350600 | | 95948/00 | 11650 | | Net 30 Days |

INVOICE DUE: 1/30/16

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 308 | FREIGHT | EA  878.590 | 33.560 | 29,485.48 |
| 304 | FUEL SURCHARGE | EA  878.590 | 4.700 | 4,129.37 |

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | 878.590 | 124,109.62 | | | 124,109.62 |

**FILE COPY**

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | DATE | PAGE |
|---|---|---|
| 152799 | 12/31/15 | 1 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY        TX 78469

1700003508500

| SHIPPER NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|
| 959665700 | 11/84 | Net 30 Days |

| | Description | QUANTITY | | UNIT PRICE | TAXES | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME RAD 8307 TCK 352990 12/31/15 | 25.220 | TN | 103.000 | | 2,597.66 |
| 111 | BULK CRUSHED QUICKLIME RAD 7994 TCK 352991 12/31/15 | 24.780 | TN | 103.000 | | 2,552.34 |
| 111 | BULK CRUSHED QUICKLIME STAR 1990 TCK 352992 12/31/15 | 24.900 | TN | 103.000 | | 2,564.70 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 352993 12/31/15 | 24.510 | TN | 103.000 | | 2,524.53 |
| 111 | BULK CRUSHED QUICKLIME ARA 387 TCK 352988 12/31/15 | 25.200 | TN | 103.000 | | 2,595.60 |
| 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 352994 12/31/15 | 24.950 | TN | 103.000 | | 2,569.85 |
| 111 | BULK CRUSHED QUICKLIME ARA 347 TCK 353003 12/31/15 | 24.920 | TN | 103.000 | | 2,566.76 |

* CONTINUED *

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FRT.



# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152799 | 2 |
| DATE | 12/31/15 |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY        TX 78469

| | | | | TERMS |
|---|---|---|---|---|
| 95966/00 | 11/784 | | | Net 30 Days |

| CUSTOMER ORDER NO. | ITEM | DESCRIPTION | QUANTITY SHIPPED/BACKORDERED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1700003560600 | 111 | BULK CRUSHED QUICKLIME STAR 1280 TCK 352995 12/31/15 | 24.910 | TN | 103.000 | 2,565.73 |
| | 308 | FREIGHT | 199.390 | EA | 33.560 | 6,691.53 |
| | 304 | FUEL SURCHARGE | 199.390 | EA | 4.700 | 937.13 |

INVOICE DUE:   1/30/16

| | 28,165.83 | | | | | |
|---|---|---|---|---|---|---|
| FRT. | 199.390 | | | TAXES | | AMOUNT DUE |
| | | | | | | 28,165.83 |

FILE COPY

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company
### CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152852 | 1 |

DATE 1/13/16

SOLD TO:
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI    TX 78469
ATTN: ACCOUNTS PAYABLE

CONSIGNED TO:
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

CUST. NO. 1/000035060 0

| CUSTOMER ORDER NO | SLS NO | TERMS |
|---|---|---|
| 11784-B | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | ORDER NO | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME RAD 3103 TCK 352997 01/01/16 | | 92039/00 TN | 24.810 | 103.000 | 2,555.43 |
| 111 | BULK CRUSHED QUICKLIME STAR 1036 TCK 353220 01/07/16 | | TN | 25.050 | 103.000 | 2,580.15 |
| 111 | BULK CRUSHED QUICKLIME RAD 3103 TCK 353009 01/02/16 | | TN | 24.610 | 103.000 | 2,534.83 |
| 111 | BULK CRUSHED QUICKLIME RAD 900 TCK 353013 01/02/16 | | TN | 25.580 | 103.000 | 2,634.74 |
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 353010 01/02/16 | | TN | 25.030 | 103.000 | 2,578.09 |
| 111 | BULK CRUSHED QUICKLIME STAR 1280 TCK 353019 01/03/16 | | TN | 24.680 | 103.000 | 2,542.04 |
| 111 | BULK CRUSHED QUICKLIME RAD 8307 TCK 353018 01/03/16 | | TN | 24.890 | 103.000 | 2,563.67 |

* CONTINUED *

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

FILE COPY

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 152852 | 2 |

DATE: 1/13/16

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9711
CORPUS CHRISTI      TX 78469
ATTN:  ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY              TX 78469

CUST. NO.: 1.0000350600

| ORDER NO. | SLS NO | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|
| 96039/00 | | 11784-B | Net 30 Days |

| COMMODITY CODE | SHIP VIA | DESCRIPTION | ORDER NO. | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | RAD 2305 TCK 353030 01/03/16 | BULK CRUSHED QUICKLIME | TN | 25.570 | 103.000 | 2,633.71 |
| 111 | ARA 277 TCK 353021 01/03/16 | BULK CRUSHED QUICKLIME | TN | 25.400 | 103.000 | 2,616.20 |
| 111 | ARA 267 TCK 353026 01/03/16 | BULK CRUSHED QUICKLIME | TN | 25.320 | 103.000 | 2,607.96 |
| 111 | ARA 467 TCK 353037 01/04/16 | BULK CRUSHED QUICKLIME | TN | 25.040 | 103.000 | 2,579.12 |
| 111 | ARA 247 TCK 353061 01/04/16 | BULK CRUSHED QUICKLIME | TN | 25.840 | 103.000 | 2,661.52 |
| 111 | RAD 6307 TCK 353056 01/04/16 | BULK CRUSHED QUICKLIME | TN | 25.000 | 103.000 | 2,575.00 |
| 111 | RAD 2305 TCK 353059 01/04/16 | BULK CRUSHED QUICKLIME | TN | 25.160 | 103.000 | 2,591.48 |

\* CONTINUED \*

**FILE COPY**

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | |

FRT.

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.

# INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

| INVOICE | PAGE |
|---|---|
| 152852 | 3 |
| DATE | |
| 1/13/16 | |

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI          TX 78469
ATTN:  ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY                TX 78469

| CUST. NO. | SHIP VIA | ORDER NO. | SLS. NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|---|
| 1/00003350600 | | 96039/00 | | 11/784-B | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME    RAD 7994 TCK 353070 01/04/16 | 23.990 TN | 103.000 | 2,470.97 |
| 111 | BULK CRUSHED QUICKLIME    ARA 367 TCK 353111 01/05/16 | 26.430 TN | 103.000 | 2,722.29 |
| 111 | BULK CRUSHED QUICKLIME    ARA 347 TCK 353117 01/05/16 | 25.240 TN | 103.000 | 2,599.72 |
| 111 | BULK CRUSHED QUICKLIME    RAD 6307 TCK 353124 01/05/16 | 25.080 TN | 103.000 | 2,583.24 |
| 111 | BULK CRUSHED QUICKLIME    RAD 3407 TCK 353134 01/05/16 | 24.520 TN | 103.000 | 2,525.56 |
| 111 | BULK CRUSHED QUICKLIME    STAR 1896 TCK 353126 01/05/16 | 24.330 TN | 103.000 | 2,505.99 |
| 111 | BULK CRUSHED QUICKLIME    ARA 277 TCK 353154 01/06/16 | 25.450 TN | 103.000 | 2,621.35 |

* CONTINUED *

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS.

# Austin White Lime Company

*CHEMICAL, BUILDING AND STABILIZATION LIME*

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

## INVOICE

| INVOICE | PAGE |
|---|---|
| 152852 | 4 |
| DATE | |
| 1/13/16 | |

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI      TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

CUST. NO.: 1/000035O600

| ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|
| 96039/00 | | 11784-B | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 27 TCK 353140 01/05/16 | TN | 25.280 | 103.000 | 2,603.84 |
| 111 | BULK CRUSHED QUICKLIME RAD 9807 TCK 353171 01/06/16 | TN | 24.390 | 103.000 | 2,512.17 |
| 111 | BULK CRUSHED QUICKLIME RAD 6997 TCK 353172 01/06/16 | TN | 24.490 | 103.000 | 2,522.47 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 353167 01/06/16 | TN | 24.780 | 103.000 | 2,552.34 |
| 111 | BULK CRUSHED QUICKLIME RAD 7707 TCK 353204 01/07/16 | TN | 24.320 | 103.000 | 2,504.96 |
| 111 | BULK CRUSHED QUICKLIME RAD 4506 TCK 353205 01/07/16 | TN | 24.570 | 103.000 | 2,530.71 |
| 308 | FREIGHT | EA | 674.850 | 33.560 | 22,647.97 |

* CONTINUED *

FILE COPY

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| FRT. | | | | | |

ALL BILLS PAYABLE IN AUSTIN, TRAVIS COUNTY, TEXAS.



# INVOICE

**Austin White Lime Company**
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**SOLD TO**
SHERWIN ALUMINA CO.
P.O. BOX 9711
CORPUS CHRISTI      TX 78469
ATTN: ACCOUNTS PAYABLE

**CONSIGNED TO**
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY          TX 78469

| INVOICE | PAGE |
|---|---|
| 152852 | 5 |

DATE: 1/13/16

INVOICE DUE: 2/12/16

FILE COPY

| CUST. NO. | ORDER NO. | SLS NO | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1700003S0600 | 96039/00 | | 11784-B | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 304 | FUEL SURCHARGE EA | 375.970 | 4.700 | 1,767.06 |
| 304 | FUEL SURCHARGE EA | 298.880 | 4.360 | 1,303.12 |

| CODE | VALUE | NET SALES AMOUNT | MISCELLANEOUS CHGS | TAXES | AMOUNT DUE |
|---|---|---|---|---|---|
| | 674.850 | 95,227.70 | | | 95,227.70 |

FRT.

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

## INVOICE

**INVOICE** 152920  **PAGE** 1
**DATE** 1/14/16

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI   TX 78469
ATTN:  ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY        TX 78469

| CUST NO | ORDER NO | SLS NO | CUSTOMER ORDER NO | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 96107/00 | 11789-A | | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME RAD 7994 TCK 353207 1/07/16 | TN | 24.850 | 103.000 | 2,559.55 |
| 111 | BULK CRUSHED QUICKLIME RAD 8307 TCK 353228 1/07/16 | TN | 25.070 | 103.000 | 2,582.21 |
| 111 | BULK CRUSHED QUICKLIME RAD 6997 TCK 353231 1/08/16 | TN | 24.740 | 103.000 | 2,548.22 |
| 111 | BULK CRUSHED QUICKLIME RAD 9807 TCK 353232 1/08/16 | TN | 24.980 | 103.000 | 2,572.94 |
| 111 | BULK CRUSHED QUICKLIME ARA 277 TCK 353251 1/08/16 | TN | 25.150 | 103.000 | 2,590.45 |
| 111 | BULK CRUSHED QUICKLIME STAR 1990 TCK 353213 1/07/16 | TN | 24.680 | 103.000 | 2,542.04 |
| 111 | BULK CRUSHED QUICKLIME STAR 1866 TCK 353215 1/07/16 | TN | 25.280 | 103.000 | 2,603.84 |

* CONTINUED *

ORIGINAL

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

# INVOICE

## Austin White Lime Company
CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 · Austin, Texas 78766
512-255-3646 · 800-553-5463
FAX 512-388-1220

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9711
CORPUS CHRISTI        TX 78469
ATTN:   ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY               TX 78469

| INVOICE | PAGE |
|---|---|
| 152920 | 2 |
| DATE | |
| 1/14/16 | |

| CUST NO. | COMMODITY CODE | DESCRIPTION | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TONS | UNIT PRICE | TERMS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1/0000350600 | | | 96107/00 | 11789-A | | | | Net 30 Days | |
| | 111 | BULK CRUSHED QUICKLIME ARA 387 TCK 353259 1/08/16 | | | TN | 26.450 | 103.000 | | 2,724.35 |
| | 111 | BULK CRUSHED QUICKLIME ARA 377 TCK 353268 1/09/16 | | | TN | 25.790 | 103.000 | | 2,656.37 |
| | 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 353270 1/09/16 | | | TN | 25.220 | 103.000 | | 2,597.66 |
| | 111 | BULK CRUSHED QUICKLIME RAD 2461 TCK 353272 1/09/16 | | | TN | 24.610 | 103.000 | | 2,534.83 |
| | 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 353271 1/09/16 | | | TN | 24.170 | 103.000 | | 2,489.51 |
| | 111 | BULK CRUSHED QUICKLIME RAD 3407 TCK 353292 1/10/16 | | | TN | 24.650 | 103.000 | | 2,538.95 |
| | 111 | BULK CRUSHED QUICKLIME ARA 67 TCK 353279 1/10/16 | | | TN | 24.850 | 103.000 | | 2,559.55 |

\* CONTINUED \*

| NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|

ORIGINAL

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS

## Austin White Lime Company

CHEMICAL, BUILDING AND STABILIZATION LIME

P.O. Box 9556 • Austin, Texas 78766
512-255-3646 • 800-553-5463
FAX 512-388-1220

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 152920 | 3 |

| DATE |
|---|
| 1/14/16 |

SOLD TO
SHERWIN ALUMINA CO.
P.O. BOX 9911
CORPUS CHRISTI        TX 78469
ATTN:   ACCOUNTS PAYABLE

CONSIGNED TO
SHERWIN ALUMINA CO.
SHERWIN PLANT SH 361
TRUCKLOADS, SAN PATRICIO CO
GREGORY               TX 78469

| CUST. NO. | ORDER NO. | SLS NO. | CUSTOMER ORDER NO. | TERMS |
|---|---|---|---|---|
| 1/0000350600 | 96107/00 | 24.970 | 11789-A | Net 30 Days |

| COMMODITY CODE | DESCRIPTION | SHIP VIA | TONS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 111 | BULK CRUSHED QUICKLIME ARA 377 TCK 353287 1/10/16 | TN | 24.970 | 103.000 | 2,571.91 |
| 111 | BULK CRUSHED QUICKLIME STAR 1996 TCK 353288 1/10/16 | TN | 24.110 | 103.000 | 2,483.33 |
| 308 | FREIGHT | EA | 399.570 | 33.560 | 13,409.57 |
| 304 | FUEL SURCHARGE | EA | 399.570 | 4.360 | 1,742.13 |
| | INVOICE DUE: 2/13/16 | | | | |

**ORIGINAL**

| TOTAL TONS | NET SALES AMOUNT | MISCELLANEOUS CHGS. | TAXES | AMOUNT DUE |
|---|---|---|---|---|
| 399.570 | 56,307.41 | | | 56,307.41 |

ALL BILLS PAYABLE IN AUSTIN,
TRAVIS COUNTY, TEXAS